

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00227-CV

Elizabeth **GUPTA**,
Appellant

v.

**MIDLAND FUNDING LLC**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF000115 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant, Elizabeth Gupta, in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED July 23, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice